# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| FREDRIC C. MINNICH, ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> PIONEER CREDIT RECOVERY, ) <br> INC., and EDGEWATER ) <br> CONSULTING GROUP, INC. ) <br> d/b/a EDGEWATER FINANCIAL ) <br> SERVICES ) <br> Defendants ) | Civil Action No. <br> 2:14-cv-00119 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Fredric Minnich by and through his undersigned counsel and does hereby file this voluntary DISMISSAL WITH PREJUDICE.

Respectfully submitted this 1st day of July, 2014.

**/S/Chris Armor**
Christopher N. Armor
Georgia Bar No. 614061
303 Perimeter Center North, Suite 300
Atlanta, GA 30346
Phone: (678) 690-8489
Fax: (404) 592-6102
Email: chris.armor@armorlaw.com